2
7/23/01

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JAMES E. PRICE, Petitioner

v.

WARDEN, LSCI ALLENWOOD, Respondent

CIVIL NO. 1:CV-01-1150

(Judge Kane)

FILED
HARRISBURG, PA
JUL 18 2001
MARY E. D'ANDREA, CLERK
Per ______ Deputy Clerk

**ORDER**

NOW, THIS 17th DAY OF JULY, 2001, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus on Respondent and the United States Attorney.

2. Within twenty (20) days of the date of this order, Respondent shall respond to the allegations in the petition.

3. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

4. Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its

filing.

YVETTE KANE
United States District Judge

YK:dlb